# CIVIL MOTION MINUTES
## (via TELECONFERENCE)

Date: 1/08/21　　　　　　　　　　　　　　　Judge: Brinkema
　　　　　　　　　　　　　　　　　　　　　　Reporter: A. Thomson

Time: 9:59am – 10:52am

Civil Action Number: 1:20cv1263

　Jerry Davidson, individually and on behalf of all others similarly situated
vs.
　United Auto Credit Corporation

Appearances of Counsel for　　　(X) Pltf　　　(X) Deft

Motion to/for:
#66 Deft Motion to Dismiss Plaintiff's Second Amended Class Action Complaint

Argued &
(　) Granted　　(　) Denied (　　) Granted in part/Denied in part
(　)Held in Abeyance (X) Taken Under Advisement　(　) Continued to (　) Overruled

(X) Memorandum Opinion to Follow

(　) Order to follow