IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JERRY DAVIDSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AUTO CREDIT CORPORATION, a California corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) 1:20-cv-1263 (LMB/JFA)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, defendant's Motion to Dismiss Plaintiff's Second Amended Class Action Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) [Dkt. No. 66], is GRANTED, and it is hereby

ORDERED that plaintiff's Second Amended Complaint [Dkt. No. 31] be and is DISMISSED.

The Clerk is directed to enter judgment in defendant's favor pursuant to Federal Rule of Civil Procedure 58, forward copies of this Order and Memorandum Opinion to counsel of record, and close this civil action.

Entered this 19th day of May, 2021.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge