## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| Jerry Davidson | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:20-cv-01263 |
| | ) |
| United Auto Credit Corporation | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on May 19, 2021 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the United Auto Credit Corporation and against the Jerry Davidson.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
L. Bergamine, Deputy Clerk

Dated: May 19, 2021
Alexandria, Virginia