IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JERRY DAVIDSON, *individually, and on behalf of all others similarly situated*, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:20-cv-1263 (LMB/JFA) |
| | ) ) | |
| UNITED AUTO CREDIT CORPORATION, A California corporation, | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that JERRY DAVIDSON, on behalf of himself and the class he

seeks to represent, hereby appeals to the United States Court of Appeals for the Fourth Circuit

from the Final Order and Memorandum Opinion entered in this action on the nineteenth day of

May 2021. (ECF No. 78 & 77.)

Respectfully Submitted,

JERRY DAVIDSON,

By:  /s/ *Leonard A. Bennett*

Leonard A. Bennett, VSB #37523
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
(757) 930-3660
(757) 930-3662 fax
Email:  lenbennett@clalegal.com

Kristi C. Kelly, VSB #72791
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: 703-424-7572
Fax: 703-591-0167
Email: kkelly@kellyguzzo.com

Janet R. Varnell, FBN: 0071072
Brian W. Warwick, FBN: 0605573
Matthew T. Peterson, FBN: 1020720
Erika Willis, FBN: 100021
1101 E. Cumberland Ave., Ste. 201H, #105
Tampa, FL 33602
Telephone: (352) 753-8600
Facsimile: (352-504-3301
*jvarnell@varnellandwarwick.com*
*bwarwick@varnellandwarwick.com*
*mpeterson@varnellandwarwick.com*
*ewillis@varnellandwarwick.com*
*kstroly@varnellandwarwick.com*


Tina Wolfson
Christopher E. Stiner
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024
Tel: 310-474-9111
Fax: 310-474-8585
twolfson@ahdootwolfson.com
cstiner@ahdootwolfson.com

*Counsel for Plaintiff*

2

## Certificate of Service

Hereby certify that on the 18th day of June, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEG) to all counsel of record.

 /s/ *Leonard A. Bennett*
Leonard A. Bennett, VSB #37523
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
(757) 930-3660
(757) 930-3662 fax
Email:  lenbennett@clalegal.com