FILED: June 6, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1697
(1:20-cv-01263-LMB-JFA)

_____

JERRY DAVIDSON, individually, and on behalf of all others similarly situated

 Plaintiff - Appellant

v.

UNITED AUTO CREDIT CORPORATION, a California corporation

 Defendant - Appellee

------------------------------

UNITED STATES OF AMERICA

 Amicus Supporting Appellant

REP. ANDY BARR, (R-KY, 6th Dist.); SENATOR NORM COLEMAN, (R-MN, 2003-2009); REP. BARRY LOUDERMILK, (R-GA, 11th Dist.); REP. JEFF MILLER, (R-FL, 1st Dist., 2001-2017); REP. PETE SESSIONS, (R-TX, 17th Dist.); REP. WILLIAM TIMMONS, (R-SC, 4th Dist.); REP. JOE WILSON, (R-SC, 2nd Dist.); AMERICAN FINANCIAL SERVICES ASSOCIATION; CONSUMER BANKERS ASSOCIATION; GUARANTEED ASSET PROTECTION ALLIANCE; NATIONAL AUTOMOBILE DEALERS ASSOCIATION; CONSUMER CREDIT INDUSTRY ASSOCIATION; CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA

 Amici Supporting Appellee

———————————

O R D E R

———————————

The court grants the motion to withdraw from further representation on appeal.

                                        For the Court--By Direction

                                        <u>/s/ Patricia S. Connor, Clerk</u>