FILED: April 12, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1697
(1:20-cv-01263-LMB-JFA)
_____

JERRY DAVIDSON, individually, and on behalf of all others similarly situated

       Plaintiff - Appellant

v.

UNITED AUTO CREDIT CORPORATION, a California corporation

       Defendant - Appellee

------------------------------

UNITED STATES OF AMERICA

       Amicus Supporting Appellant

REP. ANDY BARR, (R-KY, 6th Dist.); SENATOR NORM COLEMAN, (R-MN, 2003-2009); REP. BARRY LOUDERMILK, (R-GA, 11th Dist.); REP. JEFF MILLER, (R-FL, 1st Dist., 2001-2017); REP. PETE SESSIONS, (R-TX, 17th Dist.); REP. WILLIAM TIMMONS, (R-SC, 4th Dist.); REP. JOE WILSON, (R-SC, 2nd Dist.); AMERICAN FINANCIAL SERVICES ASSOCIATION; CONSUMER BANKERS ASSOCIATION; GUARANTEED ASSET PROTECTION ALLIANCE; NATIONAL AUTOMOBILE DEALERS ASSOCIATION; CONSUMER CREDIT INDUSTRY ASSOCIATION; CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA

       Amici Supporting Appellee

---

## J U D G M E N T

---

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK